# Court of Appeals
# of the State of Georgia

ATLANTA,  June 01, 2026

*The Court of Appeals hereby passes the following order:*

**A25A0061. CITY OF ALBANY v. SOUTH GEORGIA RAILS TO TRAILS, INC.**

Per the Supreme Court of Georgia's order in S25C1419, this Court's opinion in the above-styled case is hereby vacated, and the appeal is dismissed.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  06/01/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*